IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

DOUGLAS D. HAILS
AND LYNN H. HAILS
AKA LYNN H. JACKSON,

Debtors.

CAPITAL ONE AUTO FINANCE,
A DIVISION OF CAPITAL ONE N.A.,

Movant

v.

DOUGLAS D. HAILS
AND LYNN H. HAILS
AKA LYNN H. JACKSON,

Respondents

Bankruptcy No. 13-24767-GLT
Chapter 13

Related to Document No. ___

## AMENDED ORDER GRANTING RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. SECTION 362(d)(1)

Creditor, Capital One Auto Finance, a division of Capital One N.A., having moved for an Order, pursuant to 11 U.S.C. Section 362(d)(1), authorizing relief from automatic stay, herein,

UPON reading and filing the Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. Section 362(d)(1), dated June 30, 2016, together with the exhibits annexed thereto and due proof of service thereof, and upon all pleadings and proceedings heretofore had herein, and no opposition having been interposed, and due deliberation having been had thereon and good and sufficient cause appearing

NOW, ON MOTION of Capital One Auto Finance, a division of Capital One N.A., by its counsel, Schiller, Knapp, Lefkowitz & Hertzel, LLP, it is hereby

ORDERED, that the automatic stay instituted upon the filing of the petition for an Order for relief by the debtors, above-named, be, and the same hereby is, terminated in that it shall not apply to any action by creditor, Capital One Auto Finance, a division of Capital One N.A., to obtain possession and dispose of its collateral; namely, one (1) **2011 Kia Sorento (V.I.N. 5XYKTCA15BG187127)**; and it is further

ORDERED, that Capital One Auto Finance, a division of Capital One N.A. shall provide notice of any surplus to the Trustee promptly after the collateral is disposed of.

Dated:   Pittsburgh, Pennsylvania
        August ___, 2016

                                              Hon. Gregory L. Taddonio
                                              United States Bankruptcy Judge
                                              Western District of Pennsylvania