IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Douglas D. Hails | : | Case No. 13-24767GLT |
| Lynn G. Hails | : | |
| Aka Lynn H. Jackson | : | Chapter 13 |
| Debtor(s) | : | |
| Capital One Auto Finance | : | |
| A Division of Capital One, N.A. | : | Re Doc.77 |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| Douglas D. Hails | : | |
| Lynn H. Hails | : | Hearing Date 8/10/2016 |
| Aka Lynn H. Jackson | | |
| Respondent(s) | | |

## TRUSTEE'S RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY

Ronda J. Winnecour, Chapter 13 Trustee, by her undersigned counsel, respectfully represents the following:

1. Capital One Auto Finance, a secured creditor in the above-captioned bankruptcy case, requests relief from stay with regard to one 2011 Kia Sorento.

2. The Debtors listed the value of the property as $15,503.00 in their petition.

3. Movant lists the balance due on the claim as of April 28, 2016 as $16,384.81.

4. Movant alleges that the Debtors are in default to the Trustee in the amount of $12,100.00.

5. As of July 22, 2016, the Trustee's records indicate that the Debtors are only delinquent to the Trustee in the amount of $2,875.00.

6. The Movant allege that contractual payments on the loan are past due for the months of February through June 2016, totaling $1,981.80.

7. The Trustee's records indicate that $1,878.89 was distributed to the Movant for the months of February through June 2016.

8. Because a total of $2,449.20 was due for that time period pursuant to the monthly payment, the Trustee avers that Movant is due $570.31 for those months.

WHEREFORE, the Trustee respectfully reports to the Court

RONDA J. WINNECOUR,
CHAPTER 13 TRUSTEE

Date:  07/25/16              by    __/s/ Jana S. Pail_____
                                         Jana S. Pail - PA I.D. #88910
                                         Attorney for Trustee
                                         US Steel Tower – Suite 3250
                                         600 Grant St.
                                         Pittsburgh, PA  15219
                                         (412) 471-5566
                                         jpail@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| Douglas D. Hails | : | Case No. 13-24767GLT |
| Lynn G. Hails | : | |
| Aka Lynn H. Jackson | : | Chapter 13 |
| Debtor(s) | : | |
| Capital One Auto Finance | : | |
| A Division of Capital One, N.A. | : | Re Doc.77 |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| Douglas D. Hails | : | |
| Lynn H. Hails | : | Hearing Date 8/10/2016 |
| Aka Lynn H. Jackson | | |
| Respondent(s) | | |

### CERTIFICATE OF SERVICE

I hereby certify that on the 25th of July 2016, I served one true and correct copy of the foregoing document on the following parties in interest by United States first-class mail, postage prepaid, addressed as follows:

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh PA. 15222

Douglas and Lynn Hails
41 Nancy Drive
Jeannette PA 15644

Mark G. Moynihan, Esquire
112 Washington Place Suite 1-N
Pittsburgh PA 15219

Martin Mooney, Esquire
950 New Loudon Road Suite 109
Latham, New York 12110

_/s/Dianne DeFoor_____
Office of Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com