FILED
2016 AUG 10 P 2:25
CLERK
U.S. BANKRUPTCY
COURT - PGH

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | Bankruptcy No. 13-24767-GLT |
| DOUGLAS D. HAILS | : | Chapter 13 |
| AND LYNN H. HAILS | | |
| AKA LYNN H. JACKSON, | | |
| | : | Document No. |
| Debtor. | : | Hearing Date & Time: 8/10/2016, 9AM |
| CAPITAL ONE AUTO FINANCE, | : | |
| A DIVISION OF CAPITAL ONE N.A, | | Related to Docket No. 77 |
| v. | : | |
| DOUGLAS D. HAILS | : | |
| AND LYNN H. HAILS | | |
| AKA LYNN H. JACKSON | | |
| Respondent(s) | : | |

**SETTLEMENT AND CERTIFICATION OF COUNSEL REGARDING
MOTION FOR RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. SECTION 362(d)(1)**

The undersigned hereby certifies that agreement has been reached with the respondent(s) regarding the Motion filed on July 6, 2016.

The signature requirements of W.PA.LBR 5005-6 have been followed in obtaining the agreement of all parties and is reflected in the attached document.

The undersigned further certifies that:

An agreed order and a black-lined version showing the changes made to the order originally filed with the court as an attachment to the motion is attached to this Certificate of Counsel. Deletions are signified by a line in the middle of the original text (strikeout) and additions are signified by text in italics. It is respectfully requested that the attached order be entered by the Court.

Dated: August 9, 2016_                    By:  __/s/ Martin A. Mooney _____
                                               Martin A. Mooney, Esq.
                                               SCHILLER, KNAPP, LEFKOWITZ & HERTZEL, LLP
                                               950 New Loudon Road, Suite 109
                                               Latham, NY 12110
                                               Tel: 518-786-9069
                                               ID No. 315063

**PAWB Local Form 26 (07/13)**

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

DOUGLAS D. HAILS
AND LYNN H. HAILS
AKA LYNN H. JACKSON

,

Debtor.

DOUGLAS D. HAILS
AND LYNN H. HAILS
AKA LYNN H. JACKSON

Movant,

v.

DOUGLAS D. HAILS
AND LYNN H. HAILS
AKA LYNN H. JACKSON

Respondent.

Bankruptcy No. 13-24767-GLT
Chapter 13

Related to Document No.

Hearing Date/Time: 8/10/2016, at 9:00 am

### ORDER ~~GRANTING RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. SECTION 362(d)(1)~~ *APPROVING STIPULATION RESOLVING MOTION FOR RELIEF*

~~Creditor, Capital One Auto Finance, a division of Capital One N.A., having moved for an Order, pursuant to 11 U.S.C. Section 362(d)(1), authorizing relief from automatic stay, herein,~~

~~UPON reading and filing the Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. Section 362(d)(1), dated June 30, 2016, together with the exhibits annexed thereto and due proof of service thereof, and upon all pleadings and proceedings heretofore had herein, and no opposition having been interposed, and due deliberation having been had thereon and good and sufficient cause appearing~~

~~NOW, ON MOTION of Capital One Auto Finance, a division of Capital One N.A., by its counsel, Schiller, Knapp, Lefkowitz & Hertzel, LLP, it is hereby~~

~~ORDERED, that the automatic stay instituted upon the filing of the petition for an Order for relief by the debtors, above-named, be, and the same hereby is, terminated in that it shall not apply to any action~~

~~by creditor, Capital One Auto Finance, a division of Capital One N.A., to obtain possession and dispose~~

~~of its collateral; namely, one (1) **2011 Kia Sorento (V.I.N. 5XYKTCA15BG187127)**; and it is further~~

~~ORDERED, that Capital One Auto Finance, a division of Capital One N.A. shall provide notice of~~

~~any surplus to the Trustee promptly after the collateral is disposed of.~~

*Upon consideration of the documents on record,*

**IT IS HEREBY ORDERED**, *that the Stipulation Resolving Motion for Relief regarding the*

*above-reference matter us hereby **APPROVED**.*

Dated:    Pittsburgh, Pennsylvania
          August ___, 2016

                                        _____
                                        Hon. Gregory L. Taddonio
                                        United States Bankruptcy Judge
                                        Western District of Pennsylvania

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:
 DOUGLAS D. HAILS
AND LYNN H. HAILS
AKA LYNN H. JACKSON

     Debtors.

CAPITAL ONE AUTO FINANCE,
A DIVISION OF CAPITAL ONE N.A,

     Movant.


   -vs-

DOUGLAS D. HAILS
AND LYNN H. HAILS
AKA LYNN H. JACKSON,

     Respondents.

Bankruptcy No.  13-24767-GLT

(Chapter 13)


Hearing Date/Time: August 10, 2016 at 9:00 AM

### STIPULATION RESOLVING MOTION FOR RELIEF FROM STAY

**WHEREAS**, Capital One Auto Finance, a division of Capital One, N.A. (hereinafter "Creditor")

filed a Motion for Relief from Stay; and

**WHEREAS**, the parties wish to resolve their differences regarding this matter;

**NOW THEREFORE**, it is ordered:

1.  That the debtors shall cure the post-petition arrears owed to the Chapter 13 Trustee in the

amount of $2,850.00 by making an additional payment to the Chapter 13 Trustee in the amount of

$237.00 each month commencing September, 2016 and continuing for a period of twelve months.

2.  That the debtors shall continue to make the regular monthly payments due to the Chapter

13 Trustee pursuant to the terms of the Chapter 13 Plan in a timely fashion commencing with the

payment due on or before August, 2016.

3.  That the debtors shall pay reasonable attorney fees/filing fee in the amount of $426.00 to

Capital One Auto Finance on or before November 30, 2016.

4.    In the event debtors fails to make any payment called for in this Stipulation, Creditor may submit a certification of default and a proposed Order for Relief from Automatic Stay to the Court and serve a copy of such certification of default upon the debtors and counsel for debtors.  Five days after receipt of a certification of default, the Court shall enter an Order granting the creditor relief from the automatic stay unless the debtors has filed an objection to the certification of default specifying reasons for the objection; in which case the Court shall set a hearing on the objection.

/s/ Martin A Mooney
Martin A. Mooney, Esq.
Attorney for Creditor
Schiller, Knapp, Lefkowitz & Hertzel, LLP
950 New Loudon Road - Suite 109
Latham, NY 12110

Date: _August 9, 2016_____

/s/ Mark G.Moynihan_____
Mark G. Moynihan, Esq.
Attorney for Debtors
Moynihan Law, PC
112 Washington Pl, Suite 1-N
Pittsburgh, PA 15219

Date:8/9/16

Jana Pail, Esq. (Trustee) for Ronda Winnecour
Suite 3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Date: _____8/10/16_____