Case 13-24767-GLT    Doc 86    Filed 08/10/16    Entered 08/10/16 15:51:32    Desc Main
Document    Page 1 of 1

FILED
2016 AUG 10 P 2:16
CLERK
U.S. BANKRUPTCY
COURT - PGH

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 13-24767-GLT |
| | : | Chapter: | 13 |
| Douglas D. Hails | : | | |
| Lynn H. Hails | : | | |
| | : | Date: | 8/10/2016 |
| *Debtor(s).* | : | Time: | 09:00 |

## PROCEEDING MEMO

*MATTER:*   # 77 - Motion for Relief from Stay Filed by Capital One Auto Finance
# 83 - Response filed by Trustee
# 84 - Response by Debtor

*APPEARANCES*:
Debtor:    Mark G. Moynihan
Trustee:   Jana Pail

*NOTES*:

Moynihan - Reached a resolution with Capital One Auto Finance.  Has proposed orders to present to the Court.

Pail - Reviewed documents.  No objection.

*OUTCOME:*

1.  Order to be issued approving proposed stipulation.  O/E.

**DATED:**  8/10/2016