FILED
2016 AUG 10 AM 2:28
CLERK
U.S. BANKRUPTCY
COURT - PGH

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:
DOUGLAS D. HAILS
AND LYNN H. HAILS
AKA LYNN H. JACKSON

    Debtors.

CAPITAL ONE AUTO FINANCE,
A DIVISION OF CAPITAL ONE N.A,

    Movant.

-vs-

DOUGLAS D. HAILS
AND LYNN H. HAILS
AKA LYNN H. JACKSON,

Bankruptcy No. 13-24767-GLT

(Chapter 13)

Hearing Date/Time: August 10, 2016 at 9:00 AM

Related to Docket No. 77

## ORDER APPROVING
## STIPULATION RESOLVING MOTION FOR RELIEF

Upon consideration of the documents on record,

    **IT IS HEREBY ORDERED** that the Stipulation Resolving Motion for Relief regarding the above-referenced matter is hereby **APPROVED**.

Dated:   Pittsburgh, Pennsylvania
         August __10__, 2016

_____
Hon. Gregory L. Taddonio
United States Bankruptcy Judge
Western District of Pennsylvania

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 13-24767-GLT
Douglas D. Hails                                                Chapter 13
Lynn H. Hails
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: mgut              Page 1 of 1         Date Rcvd: Aug 10, 2016
                              Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2016.
db/jdb          +Douglas D. Hails,   Lynn H. Hails,   41 Nancy Drive,   Jeannette, PA 15644-1089

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage, LLC. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Joseph P. Schalk    on behalf of Creditor    Nationstar Mortgage, LLC. pawb@fedphe.com,
               joseph.schalk@phelanhallinan.com
              Mark G. Moynihan    on behalf of Debtor Douglas D. Hails mark@moynihanlaw.net,
               moynihan.mark@gmail.com
              Mark G. Moynihan    on behalf of Joint Debtor Lynn H. Hails mark@moynihanlaw.net,
               moynihan.mark@gmail.com
              Martin A. Mooney    on behalf of Creditor    Capital One Auto Finance, a division of Capital One
               N.A. tshariff@schillerknapp.com, tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7