## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:                                              Bankruptcy No. 13-24767 GLT
Douglas D. Hails
Lynn H. Hails a/k/a Lynn H. Jackson                 Chapter 13

     Debtor(s)                             Doc No.

Douglas D. Hails                                    Related to Document No.:  90
Lynn H. Hails
                                                    Response Deadline: May 23, 2017
     Movant(s)
                                                    Hearing Date: June 14, 2017 at 10:30AM
  v.

Nationstar Mortgage, LLC, and
Ronda J. Winnecour
     Respondent(s)

### CERTIFICATE OF NO OBJECTION REGARDING
### MOTION TO APPROVE LOAN MODIFICATION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Motion To Approve Loan Modification filed on May 6, 2017** has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Motion** appears thereon.  Pursuant to the Notice of Hearing, a Response to the **Motion** was to be filed and served no later than **May 23, 2017**.

It is hereby respectfully requested that the Order attached to the **May 6, 2017 Motion to Approve Loan Modification** be entered by the Court.

Respectfully submitted,

Dated: <u>May 24, 2017</u>                        <u>/s/ Mark G. Moynihan</u>
                                                    Mark G. Moynihan, Esquire
                                                    Attorney for Debtor(s)
                                                    PA 307622
                                                    112 Washington Place, Suite 1-N
                                                    Pittsburgh, PA 15219
                                                    Phone:  (412) 889-8535
                                                    Fax:  (800) 997-8192
                                                    Email: mark@moynihanlaw.net