Form 222

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Douglas D. Hails**
**Lynn H. Hails**
**aka Lynn H. Jackson**
    Debtor(s)

Bankruptcy Case No.: 13–24767–GLT
Related to Docket No. 94
Chapter: 13
Docket No.: 95 – 94
Concil. Conf.: July 27, 2017 at 02:30 PM

## ORDER

    **IT IS HEREBY ORDERED** that, the Debtor(s) shall immediately serve a copy of this *Order,* the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan Dated June 8, 2017* on the Chapter 13 Trustee and all parties on the mailing matrix and complete and file the accompanying *Certificate of Service* with the Clerk.

    On or before **June 30, 2017,** all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Untimely *objections* will not be considered.

    On **July 27, 2017** at **02:30 PM,** a Conciliation Conference on the Debtor(s)' *Amended Plan* shall occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: June 9, 2017

cm: Debtor(s) and/or Debtor(s)' counsel

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 13-24767-GLT
Douglas D. Hails                                                    Chapter 13
Lynn H. Hails
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas          Page 1 of 1          Date Rcvd: Jun 09, 2017
                              Form ID: 222        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 11, 2017.
db/jdb         +Douglas D. Hails,   Lynn H. Hails,   41 Nancy Drive,   Jeannette, PA 15644-1089

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 9, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage, LLC. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage, LLC. bkgroup@kmllawgroup.com
              Joseph P. Schalk    on behalf of Creditor    Nationstar Mortgage, LLC. pawb@fedphe.com,
               joseph.schalk@phelanhallinan.com
              Mark G. Moynihan    on behalf of Debtor Douglas D. Hails mark@moynihanlaw.net,
               moynihan.mark@gmail.com
              Mark G. Moynihan    on behalf of Joint Debtor Lynn H. Hails mark@moynihanlaw.net,
               moynihan.mark@gmail.com
              Martin A. Mooney    on behalf of Creditor    Capital One Auto Finance, a division of Capital One
               N.A. tshariff@schillerknapp.com, ahight@schillerknapp.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8