IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Douglas D. Hails<br>Lynn H. Hails a/k/a Lynn H. Jackson | Bankruptcy No. 13-24767 GLT<br><br>Chapter 13 |
| Debtor(s) | Doc No. 95, 94 |
| Douglas D. Hails<br>Lynn H. Hails | Conciliation Conference: 7/27/17 at 2:30 PM |
| Movants | |
| v. | |
| No Respondent(s) | |

### CERTIFICATE OF SERVICE OF
### NOTICE OF PROPOSED MODIFICATION TO CONFIRMED CHAPTER 13 PLAN DATED FEBRUARY 1, 2016, AMENDED CHAPTER 13 PLAN DATED JUNE 8, 2017 AND ORDER OF COURT

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on July 11, 2017 by first-class mail and June 8, 2017 and June 9, 2017 by electronic notification.

The type(s) of service made on the parties was: first-class mail and electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

| | |
|---|---|
| Executed on: <u>July 11, 2017</u> | /s/ Mark G. Moynihan<br>Mark G. Moynihan, Esquire<br>Attorney for Debtor(s)<br>PA 307622<br>112 Washington Place, Suite 1-N<br>Pittsburgh, PA 15219<br>Phone:  (412) 889-8535<br>Fax:  (800) 997-8192<br>Email: mark@moynihanlaw.net |

**Service by CM/ECF System Notice of Electronic Filing**

Andrew F Gornall on behalf of Creditor Nationstar Mortgage, LLC.
agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com

Martin A. Mooney on behalf of Creditor Capital One Auto Finance, a division of Capital One N.A.
tshariff@schillerknapp.com, ahight@schillerknapp.com

Mark G. Moynihan on behalf of Debtor Douglas D. Hails
mark@moynihanlaw.net, moynihan.mark@gmail.com

Mark G. Moynihan on behalf of Joint Debtor Lynn H. Hails
mark@moynihanlaw.net, moynihan.mark@gmail.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Joseph P. Schalk on behalf of Creditor Nationstar Mortgage, LLC.
pawb@fedphe.com, joseph.schalk@phelanhallinan.com

James Warmbrodt on behalf of Creditor Nationstar Mortgage, LLC.
bkgroup@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**Service by USPS First-Class Mail**

| | | |
|---|---|---|
| Capital One Auto Finance c/o Ascension Capit<br>P.O. Box 201347<br>Arlington, TX 76006-1347 | 2<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 | AES Loan Servicing<br>P.O. Box 2461<br>Harrisburg, PA 17105-2461 |
| Butler Memorial Hospital<br>Attn: Patient Financial Services<br>One Hospital Way<br>Butler, PA 16001-4697 | Capital One<br>Attn: Bankruptcy Dept.<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Auto Finance<br>3905 N. Dallas Pkwy<br>Plano, TX 75093-7892 |
| Capital One Auto Finance<br>9441 LBJ Freeway, Suite 350<br>Dallas, TX 75243-4652 | Chestnut Ridge Counseling Service<br>100 New Salem Road<br>Suite 116<br>Uniontown, PA 15401-8936 | Comenity Bank<br>Attention: Bankruptcy<br>P.O. Box 182686<br>Columbus, OH 43218-2686 |

| | | |
|---|---|---|
| Credit One Bank<br>PO Box 98873<br>Las Vegas, NV 89193-8873 | Forbes Regional Hospital<br>P.O. Box 99400<br>Louisville, KY 40269-0400 | Frank A Altier Jr, PC, DMD<br>458 Harrison City Manor Rd<br>Harrison City, PA 15636 |
| KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>BNY Independence Center<br>Philadelphia, PA 19106-1541 | LVNV Funding, LLC its successors and assigns<br>assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | NATIONSTAR MORTGAGE, LLC<br>C/O WEINSTEIN, PINSON & RILEY, P.S.<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 | Nationstar Mortgage LLC<br>8950 Cypress Waters Blvd<br>Coppell, TX 75019-4620 | Nationstar Mortgage LLC<br>Attn: Customer Relations<br>P.O. Box 619098<br>Dallax, TX 75261-9098 |
| North Shore Agency<br>P.O. Box 9221<br>Old Bethpage, NY 11804-9021 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Thaddeus S. Stasiak, D.M.D.<br>One Northgate Square, Ste. 100<br>Garden Center Drive<br>Greensburg, PA 15601-1341 | The Bradford Exchange<br>9333 N. Milwaukee Avenue<br>Niles, IL 60714-1392 |
| The Hamilton Collection<br>Attn: Customer Service<br>9204 Center for the Arts Drive<br>Niles, IL 60714-1387 | U.S. Department of Education<br>P.O. Box 173904<br>Denver, CO 80217-3904 | Wells Fargo<br>P.O. Box 25341<br>Santa Ana, CA 92799-5341 |
| Douglas D. Hails<br>Lynn H. Hails<br>41 Nancy Drive<br>Jeannette, PA 15644-1089 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | |