IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Bankruptcy No. 13-24767-GLT |
| Douglas D. Hails | |
| Lynn H. Hails a/k/a Lynn H. Jackson | Chapter 13 |
| Debtor(s) | Doc No. 99 |
| Mark G. Moynihan | Response Deadline: 7/28/2017 |
| Movant/Applicant | Hearing Date and Time: 9/6/2017 at 10:30AM |
| v. | |
| Ronda J. Winnecour | |

**CERTIFICATE OF NO OBJECTION TO
APPLICATION FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Compensation has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application for Compensation appears thereon. Pursuant to the Notice of Hearing, objections to the Application for Compensation were to be filed and served no later than July 28, 2017.

It is hereby respectfully requested that the Order attached to the Application for Compensation be entered by the Court.

Dated: <u>July 31, 2017</u>

/s/ Mark G. Moynihan
Mark G. Moynihan, Esquire
Attorney for Debtor(s)
PA 307622
112 Washington Place, Suite 230
Pittsburgh, PA 15219
Phone: (412) 889-8535
Fax: (800) 997-8192
Email: mark@moynihanlaw.net