Form 213

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Douglas D. Hails
Lynn H. Hails
aka Lynn H. Jackson**
　Debtor(s)

Bankruptcy Case No.: 13−24767−GLT
Related to Docket No. 106
Chapter: 13
Docket No.: 107 − 106
Concil. Conf.: April 5, 2018 at 09:00 AM

## ORDER

　　**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

　　**IT IS HEREBY ORDERED** that, on or before **February 12, 2018,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

　　1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

　　2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

　　**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

　　On or before **February 26, 2018,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

　　On **April 5, 2018** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

　　If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

　　This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: December 28, 2017

cm: All Creditors and Parties In Interest

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689−4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 13-24767-GLT
Douglas D. Hails                                                        Chapter 13
Lynn H. Hails
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 2              Date Rcvd: Dec 28, 2017
                              Form ID: 213            Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 30, 2017.
```
db/jdb         +Douglas D. Hails,    Lynn H. Hails,    41 Nancy Drive,    Jeannette, PA 15644-1089
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage, LLC.,    PO Box 630267,    Irving, TX   75063)
cr             +THE BANK OF NEW YORK MELLON TRUST COMPANY,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Ave,    Suite 100,    Boca Raton, FL 33487-2853
13748131        AES Loan Servicing,    P.O. Box 2461,    Harrisburg, PA 17105-2461
13748132       +Butler Memorial Hospital,    Attn: Patient Financial Services,    One Hospital Way,
                 Butler, PA 16001-4697
13748133        Capital One,    Attn: Bankruptcy Dept.,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
13760934       +Capital One Auto Finance,    9441 LBJ Freeway, Suite 350,    Dallas, TX 75243-4652
13748135        Chestnut Ridge Counseling Service,    100 New Salem Road,    Suite 116,
                 Uniontown, PA 15401-8936
13748136       +Comenity Bank,    Attention: Bankruptcy,    P.O. Box 182686,    Columbus, OH 43218-2686
13748138       +Forbes Regional Hospital,    P.O. Box 99400,    Louisville, KY 40269-0400
13748139        Frank A Altier Jr, PC, DMD,    458 Harrison City Manor Rd,    Harrison City, PA 15636
13748140       +KML Law Group, P.C.,    701 Market Street, Suite 5000,    BNY Independence Center,
                 Philadelphia, PA 19106-1541
13784739       +NATIONSTAR MORTGAGE, LLC,    C/O WEINSTEIN, PINSON & RILEY, P.S.,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
14418262       +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
14418263       +Nationstar Mortgage LLC,    Attn: Customer Relations,    P.O. Box 619098,    Dallax, TX 75261-9098
13748142       +North Shore Agency,    P.O. Box 9221,    Old Bethpage, NY 11804-9021
13748143       +Thaddeus S. Stasiak, D.M.D.,    One Northgate Square, Ste. 100,    Garden Center Drive,
                 Greensburg, PA 15601-1341
13748144       +The Bradford Exchange,    9333 N. Milwaukee Avenue,    Niles, IL 60714-1392
13748145       +The Hamilton Collection,    Attn: Customer Service,    9204 Center for the Arts Drive,
                 Niles, IL 60714-1387
13748147       +Wells Fargo,    P.O. Box 25341,    Santa Ana, CA 92799-5341
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 29 2017 00:51:54
                 Capital One Auto Finance c/o Ascension Capital Gro,    P.O. Box 201347,
                 Arlington, TX 76006-1347
13748134       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Dec 29 2017 00:52:25
                 Capital One Auto Finance,    3905 N. Dallas Pkwy,    Plano, TX 75093-7892
13748137       +E-mail/PDF: creditonebknotifications@resurgent.com Dec 29 2017 00:51:57      Credit One Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
13810935        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 29 2017 00:51:58
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13813383        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 29 2017 01:11:32
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13778842        E-mail/Text: bnc-quantum@quantum3group.com Dec 29 2017 00:45:18
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                               TOTAL: 6
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Capital One Auto Finance, a division of Capital On
13748141*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage,    Attn: Bankruptcy,    350 Highland Drive,
                 Lewisville, TX 75067)
13748146      ##U.S. Department of Education,    P.O. Box 173904,    Denver, CO 80217-3904
                                                                                    TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2          User: jhel              Page 2 of 2              Date Rcvd: Dec 28, 2017
                              Form ID: 213            Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 28, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage, LLC. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage, LLC. bkgroup@kmllawgroup.com
              Joseph P. Schalk    on behalf of Creditor    Nationstar Mortgage, LLC. jschalk@barley.com,
               sromig@barley.com
              Mark G. Moynihan    on behalf of Debtor Douglas D. Hails mark@moynihanlaw.net,
               moynihan.mark@gmail.com
              Mark G. Moynihan    on behalf of Joint Debtor Lynn H. Hails mark@moynihanlaw.net,
               moynihan.mark@gmail.com
              Martin A. Mooney    on behalf of Creditor    Capital One Auto Finance, a division of Capital One
               N.A. tshariff@schillerknapp.com, ahight@schillerknapp.com;kcollins@schillerknapp.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8
```