Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Douglas D. Hails** | : | Case No. 13−24767−GLT |
| **Lynn H. Hails** | : | Chapter: 13 |
| **aka Lynn H. Jackson** | : | |
| *Debtor(s)* | : | |
| | : | Related to Docket No. 106 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 23rd of March, 2018,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is **DISMISSED, *without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 13-24767-GLT
Douglas D. Hails                                                        Chapter 13
Lynn H. Hails
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas              Page 1 of 2              Date Rcvd: Mar 23, 2018
                              Form ID: 309            Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 25, 2018.
```
db/jdb         +Douglas D. Hails,   Lynn H. Hails,   41 Nancy Drive,   Jeannette, PA 15644-1089
cr            ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC.,   PO Box 630267,   Irving, TX  75063)
cr             +THE BANK OF NEW YORK MELLON TRUST COMPANY,   Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Ave,   Suite 100,   Boca Raton, FL 33487-2853
cr             +The Bank of New York Mellon f/k/a The Bank of New,   ROBERTSON, ANSCHUTZ & SCHNEID, P.L,
                 6409 Congress Ave., Suite 100,   Boca Raton, FL 33487-2853
13748131        AES Loan Servicing,   P.O. Box 2461,   Harrisburg, PA 17105-2461
13748132       +Butler Memorial Hospital,   Attn: Patient Financial Services,   One Hospital Way,
                 Butler, PA 16001-4697
13748135        Chestnut Ridge Counseling Service,   100 New Salem Road,   Suite 116,
                 Uniontown, PA 15401-8936
13748138       +Forbes Regional Hospital,   P.O. Box 99400,   Louisville, KY 40269-0400
13748139        Frank A Altier Jr, PC, DMD,   458 Harrison City Manor Rd,   Harrison City, PA 15636
13748140       +KML Law Group, P.C.,   701 Market Street, Suite 5000,   BNY Independence Center,
                 Philadelphia, PA 19106-1541
13784739       +NATIONSTAR MORTGAGE, LLC,   C/O WEINSTEIN, PINSON & RILEY, P.S.,   2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
14418262       +Nationstar Mortgage LLC,   8950 Cypress Waters Blvd,   Coppell, TX 75019-4620
14418263       +Nationstar Mortgage LLC,   Attn: Customer Relations,   P.O. Box 619098,   Dallax, TX 75261-9098
13748142       +North Shore Agency,   P.O. Box 9221,   Old Bethpage, NY 11804-9021
13748143       +Thaddeus S. Stasiak, D.M.D.,   One Northgate Square, Ste. 100,   Garden Center Drive,
                 Greensburg, PA 15601-1341
13748144       +The Bradford Exchange,   9333 N. Milwaukee Avenue,   Niles, IL 60714-1392
13748145       +The Hamilton Collection,   Attn: Customer Service,   9204 Center for the Arts Drive,
                 Niles, IL 60714-1387
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +EDI: AISACG.COM Mar 24 2018 05:28:00      Capital One Auto Finance c/o Ascension Capital Gro,
                 c/o AIS Portfolio Services, LP,   4515 N. Santa Fe Ave.,   Dept. APS,
                 Oklahoma City, OK 73118-7901
13748133        EDI: CAPITALONE.COM Mar 24 2018 05:28:00      Capital One,   Attn: Bankruptcy Dept.,
                 P.O. Box 30285,   Salt Lake City, UT 84130-0285
13748134       +EDI: CAPONEAUTO.COM Mar 24 2018 05:28:00      Capital One Auto Finance,   3905 N. Dallas Pkwy,
                 Plano, TX 75093-7892
13760934       +EDI: AISACG.COM Mar 24 2018 05:28:00      Capital One Auto Finance,
                 c/o AIS Portfolio Services, LP f/k/a AIS,   4515 N. Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
13748136       +EDI: WFNNB.COM Mar 24 2018 05:28:00      Comenity Bank,   Attention: Bankruptcy,
                 P.O. Box 182686,   Columbus, OH 43218-2686
13748137       +EDI: RCSFNBMARIN.COM Mar 24 2018 05:28:00      Credit One Bank,   PO Box 98873,
                 Las Vegas, NV 89193-8873
13810935        EDI: RESURGENT.COM Mar 24 2018 05:28:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
13813383        EDI: PRA.COM Mar 24 2018 05:28:00      Portfolio Recovery Associates, LLC,   POB 12914,
                 Norfolk VA 23541
13778842        EDI: Q3G.COM Mar 24 2018 05:28:00      Quantum3 Group LLC as agent for,   Comenity Bank,
                 PO Box 788,   Kirkland, WA  98083-0788
13748147       +EDI: WFFC.COM Mar 24 2018 05:28:00      Wells Fargo,   P.O. Box 25341,
                 Santa Ana, CA 92799-5341
                                                                                              TOTAL: 10
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Capital One Auto Finance, a division of Capital On
13748141*     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage,   Attn: Bankruptcy,   350 Highland Drive,
                 Lewisville, TX 75067)
13748146       ##U.S. Department of Education,   P.O. Box 173904,   Denver, CO 80217-3904
                                                                                   TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2          User: dbas              Page 2 of 2           Date Rcvd: Mar 23, 2018
                              Form ID: 309            Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage, LLC. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage, LLC. bkgroup@kmllawgroup.com
              Joseph P. Schalk    on behalf of Creditor    Nationstar Mortgage, LLC. jschalk@barley.com,
               sromig@barley.com
              Mark G. Moynihan     on behalf of Debtor Douglas D. Hails mark@moynihanlaw.net,
               moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
              Mark G. Moynihan     on behalf of Joint Debtor Lynn H. Hails mark@moynihanlaw.net,
               moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
              Martin A. Mooney     on behalf of Creditor    Capital One Auto Finance, a division of Capital One
               N.A. tshariff@schillerknapp.com,   ahight@schillerknapp.com;kcollins@schillerknapp.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 8
```