**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    DOUGLAS D. HAILS
    LYNN H. HAILS
        Debtor(s)

    Ronda J. Winnecour
        Movant
       vs.
    No Repondents.

Case No.:13-24767 GLT

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/11/2013 and confirmed on 02/11/2014 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 65,296.89 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 65,296.89 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 8,929.23 | |
|   Trustee Fee | 2,522.71 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,451.94 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXX1/13 | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 4,441.35 | 4,441.35 | 0.00 | 4,441.35 |
|   Acct: XXX7411 | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 24,981.84 | 24,981.84 | 0.00 | 24,981.84 |
|   Acct: 7411 | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 0.00 | 2,069.97 | 0.00 | 2,069.97 |
|   Acct: 7411 | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXX0/13 | | | | |
| CAPITAL ONE AUTO FINANCE** | 0.00 | 22,351.79 | 0.00 | 22,351.79 |
|   Acct: 5244 | | | | |
| | | | | 53,844.95 |
| **Priority** | | | | |
| MARK G MOYNIHAN ESQ | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| DOUGLAS D. HAILS | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |

| 13-24767 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | |
| MOYNIHAN LAW PC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MARK G MOYNIHAN ESQ<br>Acct: | 3,025.00 | 3,025.00 | 0.00 | 0.00 |
| MARK G MOYNIHAN ESQ<br>Acct: XXXXXXXXXXXXXXXXXXXXXXXX3-14 | 4,905.00 | 4,904.23 | 0.00 | 0.00 |
| MARK G MOYNIHAN ESQ<br>Acct: XXXXXXXXXXXXXXXXXXXXXXXX1-17 | 3,406.89 | 0.00 | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE LLC(*)<br>Acct: 7411 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ***NONE*** | | | |
| Unsecured | | | | |
| AES (AMERICAN EDUCATION SRVCS)<br>Acct: 0001 | 0.00 | 0.00 | 0.00 | 0.00 |
| BUTLER MEMORIAL HOSPITAL<br>Acct: 5345 | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 5433 | 468.09 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 6343 | 271.72 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 7584 | 533.89 | 0.00 | 0.00 | 0.00 |
| CHESTNUT RIDGE COUNSELING<br>Acct: 0306 | 0.00 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - COMENITY<br>Acct: 5136 | 88.70 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE<br>Acct: 6788 | 278.79 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE<br>Acct: 5731 | 308.02 | 0.00 | 0.00 | 0.00 |
| FORBES REGIONAL HOSPITAL<br>Acct: 1676 | 0.00 | 0.00 | 0.00 | 0.00 |
| DR FRANK ALTIER<br>Acct: 0023 | 0.00 | 0.00 | 0.00 | 0.00 |
| THADDEUS STASIAK DMD<br>Acct: 3404 | 0.00 | 0.00 | 0.00 | 0.00 |
| BRADFORD EXCHANGE<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| THE HAMILTON COLLECTION<br>Acct: 2702 | 0.00 | 0.00 | 0.00 | 0.00 |
| US DEPT OF EDUCATION**++<br>Acct: 6445 | 0.00 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO BANK DBA WELLS FARGO<br>Acct: 5759 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ***NONE*** | | | |
| TOTAL PAID TO CREDITORS | | | | 53,844.95 |

| 13-24767 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | Page 3 of 3 |

TOTAL CLAIMED
PRIORITY            0.00
SECURED        29,423.19
UNSECURED       1,949.21

Date: 04/12/2018

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com